AO 91 (Rev. 06/99) Criminal Complaint

# UNITED STATES DISTRICT COURT

_____**DISTRICT OF**__ CONNECTICUT _____

2004 DEC 13 P 5: 23

U.S. DISTRICT COURT
HAVEN, CT

UNITED STATES OF AMERICA

V.                                                    **CRIMINAL COMPLAINT**

DANIEL STAPLES

**DOCKET NUMBER:**   3.04 NJ 342 (JGN)

I, the undersigned complainant being duly sworn states: The following is true and correct to the best of my knowledge and belief.  Between on or about November 29, 2004 and December 13, 2004, in Fairfield and New Haven Counties, in the District of Connecticut, the defendant used any facility or means of interstate or foreign commerce to knowingly persuade, induce, entice, or coerce any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempted to do so, in violation of Title __18__ United States Code, § 2422(b).

I further state that I am a <u>Special Agent with the Federal Bureau of Investigation</u> and that this complaint is based on the following facts: **see Affidavit**

Continued on the attached sheet and made a part hereof:  ■ Yes   ☐ No

_____
Signature of Complainant
Thomas Veivia

Sworn to before me and subscribed in my presence,

<u>December 13, 2004</u>              at              <u>New Haven, Connecticut</u> _____
Date                                                            City and State

JOAN G. MARGOLIS
<u>UNITED STATES MAGISTRATE JUDGE</u>
Name & Title of Judicial Officer                          Signature of Judicial Officer

DEFENDANT'S NAME: DANIEL STAPLES

LAST KNOWN RESIDENCE:  41 MARTINKA DRIVE, SHELTON, CONNECTICUT

LAST KNOW EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH: MAY 9, 1970

SOCIAL SECURITY NUMBER:

HEIGHT:                                          WEIGHT:

SEX:                                                RACE:

HAIR:                                               EYES:


SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:


FBI NUMBER:
COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS:

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STATE OF CONNECTICUT                    :

                                        :  ss.  New Haven, Connecticut

COUNTY OF NEW HAVEN                     :

## AFFIDAVIT

I, Thomas Veivia, being duly sworn, depose and state as follows:

1.      I am a Special Agent of the Federal Bureau of Investigation and have been a
Special Agent since 1996.  Prior to that time I was a Trooper for the New York State Police for
five (5) years.  I began as a Special Agent in the Violent Crimes/Major Offender Squad.  In 1998,
I began investigating crimes against children as part of the Violent Crimes/Major Offender
Squad.  In February 2001, I was transferred to the Computer Crimes Task Force.  I currently
investigate crimes against children, child pornography and sexual exploitation of children.  I also
am a member of the District of Connecticut Crimes Against Children Working Group.  It is
among my job responsibilities to identify, investigate and assist in the prosecution of individuals
who violate federal crimes involving child exploitation.  During my career, I have been the
affiant in numerous applications for arrest and search warrants such as this one.

2.      As a Special Agent of the FBI, I am authorized to investigate violations of laws of
the United States and to execute warrants issued under the authority of the United States.

3.      I am presently investigating the activities of **DANIEL STAPLES,**
(**"STAPLES"**), age 34, 41 Martinka Drive, Shelton, Connecticut.  For the reasons set forth
below, there is probable cause to believe, and I do believe, that **STAPLES** has used a means or
facility of interstate commerce, such as an interactive computer service, to attempt to persuade,



induce, entice or coerce a juvenile to engage in sexual activity for which any person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).  I submit this affidavit in support of a criminal complaint and arrest warrant for **DANIEL STAPLES**, 41 Martinka Drive, Shelton, Connecticut, for a violation of Title 18, United States Code, Section 2422(b).

4.     The information supplied in this affidavit is based in part upon an investigation into this matter carried out by me and other members of the Computer Crimes Task Force, other law enforcement officers, and my training and experience.  Because this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation.  I have set forth only the facts that I believe are necessary to establish probable cause to believe that **STAPLES** has violated Title 18, United States Code, Section 2422(b).

## STATUTORY AUTHORITY

5.     This investigation concerns alleged violations of Title 18, United States Code, Section 2422(b), relating to the use of an interstate facility to persuade, induce, entice or coerce a juvenile to engage in unlawful sexual activity.  Under this statute, it is unlawful for a person to use a facility or means of interstate commerce to persuade, induce, entice or coerce, or attempt to, a person under the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense.



## DETAILS OF THE INVESTIGATION

6.      On or about November 29, 2004, an individual utilizing the screen name

"dan_shady2001," now known as **STAPLES**, engaged me in an online chat.  At that time, I was

posing in an undercover capacity in an online chat room as a fourteen year-old girl utilizing a

specific screen in name that will heretofore be described as UCA ("undercover agent").  I had not

made any overtures to dan_shady2001 while in the chat room.

7.      On that date, the following exchange took place between **STAPLES**, as

dan_shady2001, and the UCA:

dan_shady2001 (3:59:52 PM): hi
"UCA" (4:02:29 PM): hey
dan_shady2001 (4:02:36 PM): how are you today
"UCA" (4:03:02 PM): good u
dan_shady2001 (4:03:07 PM): great thanks
dan_shady2001 (4:03:12 PM): are your single
"UCA" (4:03:33 PM): yeah
dan_shady2001 (4:03:47 PM): do u have a pic
"UCA" (4:04:16 PM): no not yet
dan_shady2001 (4:04:43 PM): pls describe yourself...are you looking to meet?
"UCA" (4:05:28 PM): im 14 and have brown hair and brown eyes im about 5'4
dan_shady2001 (4:06:02 PM): i am 6'0 195 pds.blond hair and brown eeys...in good shape 21
dan_shady2001 (4:06:36 PM): u looking?
"UCA" (4:06:58 PM): kind of
dan_shady2001 (4:07:14 PM): are u looking to meet?
"UCA" (4:07:23 PM): sure
dan_shady2001 (4:07:27 PM): cool
"UCA" (4:07:31 PM): are u
dan_shady2001 (4:07:35 PM): can i ask your measurements
dan_shady2001 (4:07:38 PM): yes
"UCA" (4:08:00 PM): 32b
dan_shady2001 (4:08:05 PM): nice
dan_shady2001 (4:08:18 PM): do u like to kiss and cuddle
"UCA" (4:08:25 PM): yes
dan_shady2001 (4:08:29 PM): cool
dan_shady2001 (4:08:42 PM): what is the farthest u have gone with a man
"UCA" (4:09:08 PM): lots of touching and stuff like that
dan_shady2001 (4:09:20 PM): did u make him cum?
dan_shady2001 (4:09:50 PM): ?



"UCA" (4:10:07 PM): he kind of did it and i helped
dan_shady2001 (4:10:17 PM): well that was cool then
dan_shady2001 (4:10:22 PM): how old was he
"UCA" (4:10:34 PM): 16
dan_shady2001 (4:10:48 PM): wel i am a bit older..is that ok
"UCA" (4:11:11 PM): yeah is my age ok?
dan_shady2001 (4:11:37 PM): yeah...as long as we can keep it secret for the time being
"UCA" (4:11:46 PM): thats cool
dan_shady2001 (4:11:56 PM): do u have a phone
"UCA" (4:12:16 PM): you mean a cell
dan_shady2001 (4:12:18 PM): when can we meet
dan_shady2001 (4:12:20 PM): ya
"UCA" (4:12:45 PM): im not sure maybe this weekend
dan_shady2001 (4:13:01 PM): the earlier the better
dan_shady2001 (4:13:06 PM): ok
"UCA" (4:13:18 PM): you mean earlier in the day?
dan_shady2001 (4:13:33 PM): sure..but also like earlier this week too
dan_shady2001 (4:14:30 PM): i guess your not intersted
"UCA" (4:14:38 PM): not earlier this week id have to get away from school and my parents
dan_shady2001 (4:14:50 PM): ok
dan_shady2001 (4:15:04 PM): do u have a cell
"UCA" (4:15:18 PM): no cell sorry
dan_shady2001 (4:15:26 PM): what is the oldest guy u meet
"UCA" (4:16:00 PM): ive never met anyone online
dan_shady2001 (4:16:08 PM): are u a cop?
dan_shady2001 (4:16:23 PM): i have to ask..sorry..just nervous
dan_shady2001 (4:16:36 PM): ?
"UCA" (4:16:50 PM): yeah right
dan_shady2001 (4:17:01 PM): yes or no?
"UCA" (4:17:19 PM): no im not a cop why?
dan_shady2001 (4:17:40 PM): just a bit nervous..ok
"UCA" (4:17:50 PM): thats ok
dan_shady2001 (4:17:52 PM): so what would u do with me
"UCA" (4:18:15 PM): i dont know what would you want to do?
dan_shady2001 (4:18:41 PM): hotel maybe?
"UCA" (4:19:30 PM): how do I know your not a psycho?
dan_shady2001 (4:20:00 PM): cause I was the one who was nervous first
"UCA" (4:20:41 PM): oh thats true
dan_shady2001 (4:20:57 PM): how far can we go?
"UCA" (4:21:07 PM): what do you want to do?
dan_shady2001 (4:21:25 PM): tell me sweetie...i asked u
"UCA" (4:21:39 PM): i havent really done much
dan_shady2001 (4:21:59 PM): do u want to do more than that
"UCA" (4:22:23 PM): i thinks so have you done a lot?
dan_shady2001 (4:23:01 PM): i have made love once before



dan_shady2001 (4:23:13 PM): it was really fun
dan_shady2001 (4:23:28 PM): is that ok?
"UCA" (4:23:46 PM): thats ok was she like me
dan_shady2001 (4:23:59 PM): meaning?
"UCA" (4:24:12 PM): did she do it before you?
dan_shady2001 (4:24:31 PM): she did..yes...it was my first
"UCA" (4:25:16 PM): oh i just havent done it all yet so im afraid i wont be very good at it
dan_shady2001 (4:25:36 PM): that is ok...we can learn together..ok
"UCA" (4:25:56 PM): will you teach me
dan_shady2001 (4:25:58 PM): sound like fun?
dan_shady2001 (4:26:03 PM): yes..i promise
"UCA" (4:26:15 PM): is it going to hurt?
dan_shady2001 (4:26:47 PM): just a bit in the beginning..then it is so nice
"UCA" (4:26:54 PM): really?
"UCA" (4:27:04 PM): im afraid ill get pregnant
dan_shady2001 (4:27:04 PM): ya...i will show u
dan_shady2001 (4:27:18 PM): i promise not to cum inside ok
"UCA" (4:27:39 PM): ok but what about protection
dan_shady2001 (4:28:02 PM): sure...of course..i will even pull out witht he protection ok
"UCA" (4:28:19 PM): ok
"UCA" (4:28:43 PM): are you sure your not some kind of cereal killer?
dan_shady2001 (4:28:59 PM): i swear...i am more nervous about u
"UCA" (4:29:55 PM): ok im just nervous because ive never met anyone online before
dan_shady2001 (4:30:06 PM): you will be my second
"UCA" (4:30:20 PM): where did you meet the other one
dan_shady2001 (4:30:22 PM): so how and where can we meet
dan_shady2001 (4:30:42 PM): she let me in her house when no one was home
dan_shady2001 (4:31:03 PM): what about us
"UCA" (4:31:53 PM): i dont know if i got caught my dad would kill me
dan_shady2001 (4:32:04 PM): ok...
"UCA" (4:32:18 PM): where r u from anyway
dan_shady2001 (4:32:27 PM): milford
dan_shady2001 (4:32:39 PM): can we meet tonight just to say hi...no more
"UCA" (4:32:51 PM): ok im from wallingford
dan_shady2001 (4:32:59 PM): ok
dan_shady2001 (4:33:06 PM): where in wallingford...address?
"UCA" (4:33:36 PM): i just met you im not sure if i want to say just yet
"UCA" (4:33:59 PM): im not to far from Walmart
dan_shady2001 (4:34:07 PM): can we meet there
"UCA" (4:34:21 PM): yeah but im not sure when
dan_shady2001 (4:34:31 PM): oh
dan_shady2001 (4:34:47 PM): add me if you wanna meet
"UCA" (4:35:00 PM): ok
dan_shady2001 (4:35:18 PM): can i callu so i know your real
"UCA" (4:35:41 PM): im real but im not alone



"UCA" (4:35:50 PM): i can call you some time
dan_shady2001 (4:36:13 PM): i am not alone right now either...i was just going to call u and say hi
dan_shady2001 (4:36:18 PM): then hang up
"UCA" (4:36:46 PM): i dont think i should i dont even know your name
dan_shady2001 (4:36:53 PM): it is Dan
dan_shady2001 (4:36:59 PM): do u have a cam?
"UCA" (4:37:26 PM): no cam my dad wont let me have one
"UCA" (4:39:20 PM): u still there?
dan_shady2001 (4:39:26 PM): ya...i wish i could see u
"UCA" (4:40:05 PM): i can try to get a picture to send to you
dan_shady2001 (4:40:09 PM): can u see my name in your yahoo messenger?
"UCA" (4:40:19 PM): yeah can you see me?
dan_shady2001 (4:40:23 PM): pls do that...Dan_shady2001@yahoo.com
dan_shady2001 (4:40:25 PM): yeah
dan_shady2001 (4:40:31 PM): aer u still in the chat room
"UCA" (4:40:34 PM): cool
"UCA" (4:40:40 PM): oops yes
dan_shady2001 (4:40:47 PM): can u get out
dan_shady2001 (4:41:15 PM): what is your name
"UCA" (4:41:42 PM): lauren
dan_shady2001 (4:41:58 PM): so nice to meet u...
dan_shady2001 (4:42:09 PM): at least i hope to meet u ")
"UCA" (4:42:17 PM): nice to meet you too
"UCA" (4:42:19 PM): me to
"UCA" (4:42:29 PM): when will you be on again?
dan_shady2001 (4:42:32 PM): only talk to me online..ok
"UCA" (4:42:40 PM): ok
dan_shady2001 (4:42:41 PM): when do u want me to be
dan_shady2001 (4:42:50 PM): promise
"UCA" (4:43:24 PM): i promise if you do
dan_shady2001 (4:43:28 PM): are u recording our conversation
dan_shady2001 (4:43:31 PM): i promise
"UCA" (4:43:47 PM): how?
dan_shady2001 (4:44:27 PM): click on the tab contacts, then message archive
dan_shady2001 (4:44:36 PM): then make sure your not...
dan_shady2001 (4:44:38 PM): ok
"UCA" (4:44:48 PM): ok ill check it later
dan_shady2001 (4:44:49 PM): hit cancel
dan_shady2001 (4:45:11 PM): i wish i could hera your voice..i am real hard thinking about u
"UCA" (4:45:47 PM): ill call you sometime i want to know your not going to hack me up
"UCA" (4:45:53 PM): lol
dan_shady2001 (4:46:05 PM): lol..your so silly..but i understand
"UCA" (4:46:26 PM): you sound awesome
dan_shady2001 (4:46:30 PM): if you send me your pic...i will send my number..ok

dan_shady2001 (4:47:13 PM): ok?
"UCA" (4:47:42 PM): ill have my friend scan one and ill send it
dan_shady2001 (4:48:00 PM): coool
dan_shady2001 (4:48:04 PM): when can u do this
"UCA" (4:48:19 PM): ill ask her in school tomorow
dan_shady2001 (4:48:32 PM): will it be a sexy one?
"UCA" (4:49:22 PM): i dont know what kind of picture do you want
dan_shady2001 (4:49:58 PM): can i get a topless one
"UCA" (4:50:32 PM): i dont know maybe after we talk
dan_shady2001 (4:51:08 PM): ok
"UCA" (4:51:16 PM): when will you be on again
dan_shady2001 (4:51:24 PM): how about a tight shirt then
dan_shady2001 (4:51:36 PM): u tell me...i am here for u only'
"UCA" (4:52:40 PM): im usually on after school after 3
dan_shady2001 (4:52:52 PM): swear to me your not a psycho bitch
"UCA" (4:53:17 PM): im a biotch LOL
dan_shady2001 (4:53:30 PM): lol
dan_shady2001 (4:53:47 PM): i want u to call...but i am nervous
"UCA" (4:54:14 PM): if i can get my friends cell you can call
"UCA" (4:54:30 PM): but it would be safer if i called you
dan_shady2001 (4:54:53 PM): that is ok..will u talk sexy to me
"UCA" (4:55:02 PM): ill try
dan_shady2001 (4:55:24 PM): ok..when can u call
"UCA" (4:55:55 PM): sometime when im alone
"UCA" (4:56:07 PM): my mom works late on thursdays
"UCA" (4:56:42 PM): ill try to be on tomorow
dan_shady2001 (4:57:16 PM): cool
"UCA" (4:57:33 PM): when are you on again?
dan_shady2001 (4:57:53 PM): at 8
"UCA" (4:58:25 PM): ill try again tonite and tomorow
dan_shady2001 (4:58:38 PM): get me your pic..pls try
"UCA" (4:58:53 PM): i have to get going my mom will be home soon
"UCA" (4:59:03 PM): ill get a pic if you send me one
dan_shady2001 (4:59:07 PM): can i call u to say hi..then hang up
dan_shady2001 (4:59:27 PM): if you send a pic...i will let u view my cam...is that ok
dan_shady2001 (4:59:36 PM): deal?
"UCA" (4:59:42 PM): thats a good deal
dan_shady2001 (4:59:58 PM): u just tell me what u want me to wear ok
"UCA" (5:00:22 PM): what do you look like?
dan_shady2001 (5:00:35 PM): 6'0 195 pds..blond hair and bronw eyes
dan_shady2001 (5:00:40 PM): in good shape
"UCA" (5:00:52 PM): awesome you can where anything you want
"UCA" (5:01:38 PM): i have to go now
dan_shady2001 (5:01:49 PM): u telll me
dan_shady2001 (5:01:50 PM): bye



dan_shady2001 (5:01:59 PM): i wait for your pic
"UCA" (5:02:09 PM): ttyl ok
dan_shady2001 (5:02:28 PM): can i call quick
"UCA" (5:02:47 PM): i dont dare
dan_shady2001 (5:02:57 PM): i will just say hi...then hang up
dan_shady2001 (5:02:58 PM): promise
"UCA" (5:03:20 PM): ill get a cell from my friend she can keep a secret
dan_shady2001 (5:03:46 PM): u believe and trust her?
"UCA" (5:04:22 PM): shes my best friend she wouldnt tell anyone
dan_shady2001 (5:04:34 PM): ok..just nervous
dan_shady2001 (5:04:46 PM): i dont want to get in trouble
dan_shady2001 (5:04:47 PM): ok
"UCA" (5:04:51 PM): thats ok ill be on tomorow for sure
dan_shady2001 (5:05:02 PM): promise
"UCA" (5:05:05 PM): promise
"UCA" (5:05:11 PM): talk to you later
dan_shady2001 (5:05:18 PM): k
dan_shady2001 has signed out. (11/29/2004 5:05 PM)

7.      Since that time, I have engaged in a number of online conversations in which

**STAPLES** has been trying to arrange to meet me, posing as a fourteen year-old girl, for the

purposes of engaging in sexual activity.  Other online conversations, only portions of which are

set forth in detail here, specifically discuss sexual activities and what **STAPLES** would like to do

after we meet.  For instance, on December 1, 2004, the following exchange took place:

dan_shady2001 (4:27:55 PM): so how far did u wanna go next week
"UCA" (4:28:37 PM): i dunno how about u?
dan_shady2001 (4:28:54 PM): i would like to try different things...is that ok
"UCA" (4:29:12 PM): things that youv done before or new stuff
dan_shady2001 (4:29:28 PM): both.
"UCA" (4:29:35 PM): like what?
dan_shady2001 (4:29:47 PM): hmmm...i would like to use my tongue
dan_shady2001 (4:29:52 PM): is that ok
"UCA" (4:30:19 PM): sounds yummy where ya want to use it?
dan_shady2001 (4:30:32 PM): between your legs...
dan_shady2001 (4:30:38 PM): chest
dan_shady2001 (4:30:50 PM): any other place u wanna try?
"UCA" (4:31:18 PM): ive never done it before but wantted to try it
dan_shady2001 (4:31:27 PM): cool
"UCA" (4:31:37 PM): does it gross you out?
dan_shady2001 (4:31:51 PM): no...



"UCA" (4:32:01 PM): cool what else
dan_shady2001 (4:32:03 PM): i want to go in deep with it
dan_shady2001 (4:32:17 PM): your turn...u tell me
"UCA" (4:32:53 PM): i havent done much but want to learn
dan_shady2001 (4:33:07 PM): tell me one thing new u wanna try
"UCA" (4:33:33 PM): ive never given a bj before
"UCA" (4:34:54 PM): are you there ill have to go soon
dan_shady2001 (4:35:09 PM): yeah
dan_shady2001 (4:35:12 PM): cool

8.      During these various conversations, **STAPLES** and the UCA discussed meeting and going to a hotel for the express purpose of engaging in sexual activity.

9.      Over the weekend of December 11-12, 2004, **STAPLES** left five (5) off-line messages for the UCA in which he urged the UCA to "skip" school on Monday, December 13, 2004 and send him a message to make arrangements to meet on Monday, December 13, 2004.

10.     Further, Task Force Member Christine Perrotti engaged in a consensually-monitored telephone call with **STAPLES**, a call made at **STAPLES'** request, on December 13, 2004, in which specific arrangements were made to meet with **STAPLES**. During that conversation, **STAPLES** agreed to meet with the UCA at the Wal-Mart in Wallingford, Connecticut. He described to the UCA what he would be wearing and asked that the UCA wear a skirt with no underwear.

11.     Two administrative subpoenas were served to obtain identifying information. The first was served on YAHOO!, which revealed that the screen name dan_shady2001 was registered to Dan Shady. Internet Protocol connection logs for the daytime chats between dan_shady2001 and the UCA reveal that dan_shady2001 was communicating online from a block of Internet Protocol numbers assigned to the Bic Corporation in Milford, Connecticut. In an online chat, **STAPLES** revealed that he worked in Milford, Connecticut. The individual using the screen name dan_shady2001 also communicated with the UCA during evening hours.



A second administrative subpoena was served on SBC Internet Services and it revealed that the individual using screen name dan_shady2001 had connected during the evening hours from an IP address that was subscribed to by **DANIEL STAPLES**, 41 Martinka Drive, Shelton, Connecticut. This information reveals that dan_shady2001 was logged on the Internet at or about the same time he was leaving instant messages for the UCA.

12.    During one of the internet chats, dan_shady2001 revealed that he drove a silver Pontiac Grand Prix. Connecticut Department of Motor Vehicles records reveal that a 2002 Pontiac Grand Prix was registered **DANIEL STAPLES**. Public source database checks and DMV checks revealed that **DANIEL STAPLES** resides at 41 Martinka Drive, Shelton, Connecticut, and has a date of birth of May 9, 1970. **DANIEL STAPLES** is 34 years old.

13.    On Friday, December 10, 2004, I went to the Bic Corporation, and I witnessed a light tone Grand Prix enter the Bic Corporation parking lot shortly after 8:00 a.m. I ran the license plate through the DMV database and determined that the car was registered to **DANIEL STAPLES.**

14.    After being apprised of his constitutional rights, **STAPLES** agreed to waive his rights and speak to law enforcement agents about the incident. **STAPLES** was shown printouts of the on line chats he had with the undercover agent. **STAPLES** acknowledged that he recognized the chats as those he had participated in. **STAPLES** also acknowledged that he believed that the person he was meeting was a fourteen year-old girl, although he stated that he was just "flirting" with her. **STAPLES** also admitted that the Pontiac Grand Prix was his and he consented to a search of that vehicle. He also admitted that he worked at the Bic Corporation in Milford. In his vehicle were found, among other things, directions to the Wal-Mart in Wallingford, Connecticut.



## <u>CONCLUSION</u>

15.     Based on the aforementioned factual information, your affiant respectfully

submits that there is probable cause to believe, and I do believe, that **DANIEL STAPLES**

violated 18 U.S.C. § 2422(b).

Thomas Veivia
Special Agent
Federal Bureau of Investigation

Sworn and subscribed before me
this **13ᵗʰ** day of December, 2004.

JOAN G. MARGOLIS
UNITED STATES MAGISTRATE JUDGE

